**Order entered August 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00633-CV

**THOMAS J. ELLIS, Appellant**

**V.**

**THE RENAISSANCE ON TURTLE CREEK
CONDOMINIUM ASSOCIATION, INC., Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-01827-C**

## ORDER

The Court has before it appellee's July 24, 2013 motion to accelerate appeal. The Court

**DENIES** the motion. The Court also has before it appellant's July 31, 2013 motion to extend

time to file brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by

August 30, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE